PETER R. WILLIS, ESQ., LLP
921 Bergen Avenue, Suite 1001B
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, KIRK EADY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| Plaintiff, | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CR. NO. 14-0277 (JLL) |
| KIRK EADY, | :: | CRIMINAL ACTION |
| Defendant(s) | :: | PROPOSED CONSENT ORDER |

THIS matter, having been opened to the Court by Peter R. Willis, Esq., attorney for defendant Kirk Eady, requesting an Order for a two-week extension from June 30, 2014, for submission of pre-trial motions, and the United States Attorney, by Assistant United States Attorney David Foster, appearing and for good cause shown,

IT IS on this 30th day of June, 2014;

ORDERED that the Defendant's submission of pre-trial motions be extended until July 14, 2014 and the Government's response extended until July 28, 2014.

_____
HON. JOSE L. LINARES, USDJ

_____
PETER R. WILLIS, ESQ.

Consented to by

_____
DAVID FOSTER, AUSA