**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th Floor*  *973-645-2700*
*Newark, New Jersey 07102*

July 21, 2014

Hon. Jose L. Linares
MLK Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: United States v. Kirk Eady
    Crim. No. 14-0277-JLL

Dear Judge Linares:

The Government is requesting until July 31, 2014 to respond to the motion to dismiss filed by the defense in this matter. This request is being made due to a medical issue that needs to be addressed by the Government.

Very truly yours,

PAUL J. FISHMAN
United States Attorney

By: DAVID L. FOSTER
Assistant U.S. Attorney

SO ORDERED
DATED: July 21, 2014